**Cathy BURKEMPER,
et al., Appellants,**

**v.**

**ASHLEY ROSE RESTAURANT
AND INN, INC., Defendant,**

**and**

**Robert Schellert, Respondent.**

**No. ED 104663**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed June 20, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 2017

Application for Transfer to Supreme Court Denied October 31, 2017

FOR APPELLANT: Craig Anthony Schlapprizzi, 211 N. Broadway, Ste. 2430, St. Louis, MO 63102.

FOR RESPONDENT: James C. Leritz, 555 Washington Avenue, Ste. 600, St. Louis, MO 63101.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Cathy Burkemper, et al. ("Appellants") appeal the grant of summary judgment in favor of Robert Schellert ("Respondent") on the Appellants' claims for negligence. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).